## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CYNTHIA MILLER,                          :
                                         :
                    Plaintiff,           :
                                         :
        v.                               :        3:21-CV-1433
                                         :        (JUDGE MARIANI)
STATE FARM MUTUAL AUTOMOBILE,            :
INSURANCE COMPANY,                       :
                                         :
                    Defendant.           :

### ORDER

**AND NOW, THIS** _14th_ **DAY OF DECEMBER, 2021**, upon consideration of

Plaintiff's "Motion to Remand" (Doc. 7), for the reasons set forth in the accompanying

memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand (Doc. 7) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of

   Lackawanna County.

3. The Clerk of Court is directed to mail a certified copy of this order of remand to the

   Clerk of the Court of Common Pleas of Lackawanna County.

4. The Clerk of Court is directed to **CLOSE** the federal action.

                                         _____
                                         Robert D. Mariani
                                         United States District Judge